# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**LEON VALENTINO COLEMAN, #142238**                                 **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:12cv123-JMR**

**MIKE BYRD, SHERIFF OF JACKSON**
**COUNTY; KEN BROADUS, and**
**JACKSON COUNTY, MISSISSIPPI**                                     **DEFENDANTS**

## ORDER

This matter is before the Court pursuant to Defendants' Motion for Summary Judgment [53] filed in this case. Also pending before the Court are Leon Valentino Coleman's [Coleman] Motions for Partial Summary Judgment [61, 72]; to Request Presence of Witnesses [80] and an associated motion from the Defendants to Strike Exhibits [90] attached to Coleman's motion to Request Witnesses. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED that the Defendants' Motion for Summary Judgment [53] be, and is hereby, granted. It is further,

ORDERED that Leon Valentino Coleman's [Coleman] Motions for Partial Summary Judgment [61, 72]; to Request Presence of Witnesses [80] and an associated motion from the Defendants to Strike Exhibits [90] attached to Coleman's motion to Request Witnesses be, and are hereby, denied. It is further,

ORDERED that all claims advanced against these defendants pursuant to 42 U.S.C. § 1983, whether advanced against them in their individual or official capacities be, and are hereby, dismissed with prejudice. It is further,

ORDER that all claims advanced against these defendants in their individual capacities

under state law, if any, be, and are hereby, dismissed with prejudice. It is further,

ORDERED that each party bear their respective costs associated with these motions.

SO ORDERED, this the 5th day of March, 2013.

*s/ John M. Roper, Sr.*<br>CHIEF UNITED STATES MAGISTRATE JUDGE